**THE TUROCI FIRM**
Todd Turoci (State Bar No. 160059)
Julie Philippi (State Bar No. 166108)
3845 Tenth Street
Riverside, CA 92501
Telephone: 888-332-8362
Facsimile: 866-762-0618
Email: mail@theturocifirm.com

Attorney for Plaintiff

**FILED & ENTERED**

**JUN 28 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sandoval DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA APOSTOLAKIS,<br><br>                              Debtor.<br><br>PATRICIA APOSTOLAKIS,<br><br>                              Plaintiff,<br><br>v.<br><br>PATRICIA NEIDERHISER,<br><br>                              Defendant. | Chapter 7<br>Case No. 6:16-bk-17745MH<br>Adv. Proc. No. 6:16-ap-01286MH<br><br>**JUDGMENT** |

      The Court having considered the Stipulation for Judgment (the "Stipulation") filed on June 22, 2017 as Docket Number 27 and having approved the Stipulation, IT IS ORDERED:

      1.     Judgment is entered in favor of Plaintiff and against Defendant.

      2.     The judgment lien created by the Abstract of Judgment recorded on December 23, 2015 in the Official Records of the San Bernardino County Recorder's office as Document Number 2015-0558931 against the real property located at 10132 Phelan Road, Oak Hills, California, and more fully described as: PARCEL THREE OF PARCEL MAP 7547 as per plat recorded in Book 76 of Parcel Maps, Pages 71 to 72, inclusive, Records of said County,

JUDGMENT
- 1 -

including Winston Manor Home 4x60 SN FMCA2A521153H76 and EX ST, APN 3064-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, is hereby void.

    3.    Each party shall bear its own attorney fees and costs associated with this action.

###

Date: June 28, 2017

Mark Houle
United States Bankruptcy Judge

JUDGMENT
- 2 -